IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ROSCOE D. ROBERTSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 4:04cv00065 |
| v. ) | |
| ) | **ORDER** |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

On October 7, 2004, the Court entered an order referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The magistrate judge filed his report and recommendation on June 3, 2005. After a careful review of the entire record in this case and no objections having been filed to the magistrate judge's report and recommendation within ten (10) days of its service upon the parties, this Court adopts the magistrate judge's report in its entirety. Accordingly, it is this day ADJUDGED and ORDERED as follows:

    1. The report and recommendation of the United States Magistrate Judge, recommending affirming the Commissioner's decision, is adopted in its entirety.

    2. The Commissioner's final decision is AFFIRMED, and judgment is GRANTED for the Defendant.

    3. This case is dismissed and stricken from the Court docket.

The Clerk is directed to send a certified copy of this order to all

counsel of record and to United States Magistrate Judge B. Waugh Crigler.

ENTERED this 18th day of July, 2005.

                                                  s/Jackson L. Kiser  
                                                  Senior United States District Judge

2

Case 4:04-cv-00065-JLK-BWC   Document 11   Filed 07/18/05   Page 2 of 2   Pageid#: 46